■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PIERRO RUSSOTTO, Appellant. [685 NYS2d 625] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Lewis, J.), rendered April 11, 1997, convicting him of criminal possession of stolen property in the fourth degree and unauthorized use of a vehicle in the third degree, after a non-jury trial, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to support the verdict is unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Udzinski,* 146 AD2d 245). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]). S. Miller, J. P., Santucci, Krausman and Luciano, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE SAMUELS, Appellant. [685 NYS2d 626] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 18, 1994 (*People v Samuels,* 203 AD2d 494), affirming a judgment of the Supreme Court, Kings County, rendered April 10, 1991.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Santucci, J. P., Thompson, Sullivan and Joy, JJ., concur.